IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEVIN F. MULHALL,<br><br>     Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>     Defendant. | 8:11CV441<br><br>**MEMORANDUM AND ORDER** |

   This matter is before the court pursuant to plaintiff Kevin Mulhall's request for attorney fees, Filing No. 30. The court previously entered judgment in favor of the plaintiff. Filing No. 28 and Filing No. 29. Pursuant to the Equal Access for Justice Act, 28 U.S.C. § 2412, the plaintiff is entitled to attorney fees. Plaintiff requests $8,101.87 which represents 43.5 hours of attorney work at $186.25 per hour. The plaintiff and defendant, however, have agreed to an award in the amount of $7,543.13. Filing No. 32. The court has carefully reviewed the record and finds that such sum is fair and reasonable. The court hereby awards a fee in the amount of $7,543.13 to be paid by the Social Security Administration. Such fee is payable directly to the plaintiff in accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010). The EAJA fee is payable to plaintiff as the litigant and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States.

   THEREFORE, IT IS ORDERED that plaintiff's request for attorney fees, Filing No. 30, is granted. The Social Security Administration is ordered to pay to the plaintiff the sum of $7,543.13 in accordance with this Memorandum and Order.

   Dated this 25th day of June, 2013.

               BY THE COURT:

               s/ Joseph F. Bataillon
               United States District Judge